UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 3:08-CR-265 |
| v. | : |
| | : (JUDGE MANNION) |
| STEPHEN HUMANIK, | : |
| Defendant | : |
| | : |

ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The United States Probation Office's request for modification of Defendant's conditions of supervised release, **(Doc. 39)**, is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** as to the requested condition related to controlled substance use and drug testing. It is otherwise **DENIED without prejudice**.

**(2)** The following condition is **ADDED** to the conditions of Defendant's previously imposed term of supervised release, **(Doc. 29)**:

- You must refrain from any unlawful use of a controlled substance. You must submit to periodic drug urinalysis as directed by the probation officer.

MALACHY E. MANNION
United States District Judge

**DATE: August 14, 2024**
08-265-01-ORDER